Richard Grabowski (SBN 125666)
rgrabowski@jonesday.com
John A. Vogt (SBN 198677)
javogt@jonesday.com
Jeremy S. Close (SBN 260226)
jsclose@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MCINTYRE,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | **Case No. 2:16-CV-04548-AB-EX**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER CASE TO DISTRICT OF ARIZONA PURSUANT TO 28 U.S.C. § 1404(A)** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      Plaintiff John McIntyre and Defendant Experian Information Solutions, Inc. ("Experian") have agreed, pursuant to 28 U.S.C. § 1404(a), to transfer this action to the District of Arizona, where over 20 similar cases have been consolidated into the lawsuit *Warner v. Experian Information Solutions, Inc*., Case No. 2:15-cv-01212-GMS, filed on June 30, 2015.  Based on the Parties' stipulation, and good cause appearing that transfer would be convenient for parties and witnesses, and in the interest of justice, it is hereby ORDERED that this action shall be transferred to the District of Arizona pursuant to 28 U.S.C. § 1404(a), to be consolidated with *Warner v. Experian Information Solutions, Inc*., Case No. 2:15-cv-01212-GMS.

**IT IS SO ORDERED.**

      DATED this 7th day of September, 2016.

                                Honorable André Birotte Jr.
                                United States District Judge